FILED: July 31, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1714
(2839-23)

_____

RYAN MACAULAY; ANDREA MACAULAY

  Petitioners - Appellants

v.

COMMISSIONER OF INTERNAL REVENUE

  Respondent - Appellee

_____

This case has been opened in this court.

| Originating Court | Tax Court, Internal Revenue Service |
|---|---|
| Originating Case Number | 2839-23 |
| Date Petition Filed: | 07/29/2024 |
| Petitioner(s) | Ryan Macaulay; Andrea Macaulay |
| Appellate Case Number | 24-1714 |
| Case Manager | Karen Stump<br>804-916-2704 |